**Order entered November 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00227-CR

**RONALD KENDRIC MCCOY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-86138-2012**

## ORDER

The Court **GRANTS** the State's November 12, 2014 motion for extension of time to file

the State's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.


/s/ ADA BROWN
   JUSTICE